STATE of Missouri, Respondent,

v.

**Charles MYERS, Appellant.**

**No. WD 33401.**

Missouri Court of Appeals,
Western District.

Oct. 4, 1983.

James W. Fletcher, Public Defender, Sean D. O'Brien, Asst. Public Defender, Kansas City, for appellant.

John Ashcroft, Atty. Gen., Sandra K. Stratton, Asst. Atty. Gen., Jefferson City, for respondent.

Before SOMERVILLE, P.J., and SHAN-GLER and MANFORD, JJ.

ORDER

PER CURIAM:

This is a direct appeal from a jury conviction for armed criminal action in violation of § 571.015, RSMo 1978.

No jurisprudential purpose would be served by written opinion.

Judgment affirmed. Rule 30.25(b).

All concur.

Ronald EICHHORN, et al., Respondents,

v.

**STEPHEN MARTIN CONSTRUCTION COMPANY, Appellant,**

and

**Keller Building Products of Kansas City, Inc., Respondent.**

**No. WD 33680.**

Missouri Court of Appeals,
Western District.

Oct. 4, 1983.

Alan E. South and Margaret E. Morgan of Crews, Milliard & South, P.C., Kansas City, for appellant.

Preston L. Cain, Kansas City, for respondents.

Before SOMERVILLE, P.J., and SHAN-GLER and MANFORD, JJ.

ORDER

PER CURIAM:

This is a direct appeal from a judgment for damages for negligent workmanship and breach of implied warranty of fitness regarding the manufacture and installation of windows in residential dwellings. The case was tried in the associate circuit court under order of assignment by the presiding circuit judge.

The judgment is affirmed. Rule 84.16(b).